Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2019
```

So Ordered.

Dated: September 13, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIN MASTER LTD. and SPIN MASTER, INC.,
*Plaintiffs*

v.

ALVY, *et al.*,
*Defendants*

CIVIL ACTION No.
19-cv-3452 (LGS)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Womdee-Direct in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 11, 2019						Respectfully submitted,

										**EPSTEIN DRANGEL LLP**

								BY:	_____
										Brieanne Scully (BS 3711)
										bscully@ipcounselors.com
										EPSTEIN DRANGEL LLP
										60 East 42nd Street, Suite 2520
										New York, NY 10165
										Telephone: (212) 292-5390
										Facsimile: (212) 292-5391
										*Attorneys for Plaintiffs*
										*Spin Master Ltd. and Spin Master,*
										*Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


								_____
								Judge Lorna G. Schofield
								United States District Judge