```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
------------------------------------------------------------X ELECTRONICALLY FILED
                                              DOC #:_____
                                         :    DATE FILED: 12/03/2019
SPIN MASTER LTD. and SPIN MASTER, INC.,  :
                          Plaintiffs,    :
                                         :    19 Civ. 3452 (LGS)
             -against-                   :
                                         :    ORDER
ALVY, et al.,                            :
                          Defendants.    :
                                         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were ordered to file a joint status letter by November 27, 2019 (Dkt. No. 79);

WHEREAS, the parties failed to file the letter. It is hereby

**ORDERED** that the parties shall file the letter by **December 5, 2019**.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**