USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/20/2020

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., *Plaintiffs* v. ALVY, *et al.*, *Defendants* | CIVIL ACTION No. 19-cv-3452 (LGS) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Amyuns, dicesnow, imixlot, kecooi and Oliote in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

So Ordered.

Dated: February 20, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: February 19, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Brieanne Scully        711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*