UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPIN MASTER LTD. and SPIN MASTER, INC.,
                        Plaintiffs,

                -against-

ALVY, et al.,
                       Defendants.
------------------------------------------------------------X

19 Civ. 3452 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 17, 2021, Magistrate Judge Moses issued a Report and Recommendation, directed Plaintiffs to "promptly" serve a copy of the Report and Recommendation on the Defaulting Defendants and to file proof of such service on the docket.

      WHEREAS, no such proof of service was filed. It is hereby

      **ORDERED** that Plaintiffs shall file proof of service of the Report and Recommendation by **December 9, 2021**.

Dated: December 2, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE