```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SPIN MASTER LTD., et al.,                                    :
                              Plaintiffs,                    :
               -against-                                     :   19 Civ. 3452 (LGS)
                                                             :
ALVY, et al.,                                                :   ORDER
                                                             :
                              Defendant.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by the Final Default Judgment and Permanent Injunction Order dated October 11, 2019, Plaintiffs were granted judgment against the Defaulting Defendants (Dkt. No. 119),[1] and on January 10, 2020, Plaintiffs' request for damages was referred to Magistrate Judge Barbara C. Moses for a post-default judgment inquest (Dkt. No. 127);

WHEREAS, on November 17, 2021, Judge Moses issued a Report and Recommendation (the "Report") recommending that Plaintiffs be awarded damages in the amount of $50,000 against each of the following Defaulting Defendants: Atrigger, bason888, BokenUS, Catchmaik, Cenda, Cymely, Dadiii, DIYurfeeling, DLUCKY, EASERELAX, fengheshun, Fshgh, GlobalCareMarket, LittiL, LTINTIN, NOVOTE, Piei Jkiews, plusA, RUNFON, SANOHAMI, SEENDOM, supergogo, Torero X, twistymagicalpetz, UKCG, Xiaohuoji, Yaoguan, Yardom, Yungcong.15 and Zhanhong Direct (Dkt. No. 144);[2]

---

[1] The Final Default Judgment and Permanent Injunction Order defines the Defaulting Defendants as Amyuns, Atrigger, bason888, BokenUS, Catchmaik, Cenda, Cymely, Dadiii, dicesnow, DIYurfeeling, DLUCKY, EASERELAX, fengheshun, Fshgh, GlobalCareMarket, imixlot, kecooi, LittiL, LTINTIN, NOVOTE, Oliote, Piei Jkiews, plusA, RUNFON, SANOHAMI, SEENDOM, supergogo, Torero X, twistymagicalpetz, UKCG, Womdee- Direct, Xiaohuoji, Yaoguan, Yardom, Yuncong.15 and Zhanhong Direct. (Dkt. No. 119 at 2.)

[2] Following the Court's Final Default Judgment and Permanent Injunction Order, Plaintiffs voluntarily dismissed claims against a number of Defaulting Defendants. (Dkt. Nos. 121, 133, 137.)

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report;

WHEREAS, on December 7, 2021, Plaintiffs filed a Certificate of Service stating, "[o]n November 17, 2021, pursuant to the methods of alternative service authorized by the TRO and PI Order, Plaintiffs served a copy of the Report and Recommendation on each and every Defaulting Defendant, except Defendant DIYurfeeling" (Dkt. No. 147);

WHEREAS, no objections were timely filed by the Defaulting Defendants who have been served with a copy of the Report;

WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  A district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party.  Fed. R. Civ. P. 72(b); *United States v. Romano*, 794 F.3d 317, 340 (2d Cir. 2015).  "To invoke de novo review of the magistrate judge's recommendations, a party's objections must be specific and clearly aimed at particular findings in the magistrate judge's proposal." *McDonaugh v. Astrue*, 672 F. Supp. 2d 542, 547 (S.D.N.Y. 2009) (internal quotation marks omitted).  "When a party makes only conclusory or general objections, or simply reiterates his original arguments, the court reviews the report and recommendation strictly for clear error." *Piligian v. Icahn Sch. of Med. at Mount Sinai*, 490 F. Supp. 3d 707, 715 (S.D.N.Y. 2020) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record as to the recommendation of damages.  It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in part.  Plaintiffs are awarded damages in the amount of $50,000.00 against each of the following Defaulting Defendants: Atrigger, bason888, BokenUS, Catchmaik, Cenda, Cymely, Dadiii, DLUCKY, EASERELAX,

fengheshun, Fshgh, GlobalCareMarket, LittiL, LTINTIN, NOVOTE, Piei Jkiews, plusA, RUNFON, SANOHAMI, SEENDOM, supergogo, Torero X, twistymagicalpetz, UKCG, Xiaohuoji, Yaoguan, Yardom, Yungcong.15 and Zhanhong.  If delinquent, Defendants shall pay post-judgment interest pursuant to 28 U.S.C. § 1961.  It is further

**ORDERED** that, if Plaintiffs seek damages from Defendant DIYurfeeling, Plaintiffs shall file an additional certificate of service by **January 24, 2022**.

Dated: January 10, 2022
     New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**