UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SPIN MASTER LTD., et al.,                                   :
                                                            :
                          Plaintiffs,                       :    19 Civ. 3452 (LGS)
              -against-                                     :
                                                            :              ORDER
ALVY, et al.,                                               :
                                                            :
                          Defendant.                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 10, 2022, the Court issued an Order adopting the Report and Recommendation in full and directed that, "if Plaintiffs seek damages from Defendant DIYurfeeling, Plaintiffs shall file an additional certificate of service by January 24, 2022." (Dkt. No. 148.)

WHEREAS, no such certificate of service was filed. It is hereby

**ORDERED** that Plaintiffs' claim against Defendant DIYurfeeling is **DISMISSED**.

The Clerk of Court is respectfully directed to close the case.

Dated: January 31, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**